STATE OF CONNECTICUT *v.* JAMES L. KELSEY

STATE OF CONNECTICUT *v.* MICHAEL D. SULLIVAN

The motion by Donald B. Caldwell for permission to withdraw his appearance in behalf of the defendants in the appeals from the Superior Court in Tolland County is granted.

*Leo B. Flaherty, Jr.,* for Donald B. Caldwell.

Argued October 14—decided October 14, 1970

SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The motion by the plaintiff to dismiss the appeal of the defendants dated April 29, 1970, from the Superior Court in Fairfield County at Stamford is granted.

The motion by the plaintiff to dismiss the appeal of the defendants dated May 25, 1970, from the Superior Court in Fairfield County at Stamford is granted.

*Richard A. Bieder,* for the appellee (plaintiff).

*Morgan P. Ames,* for the appellants (defendants).